THE RIPON KNITTING WORKS v. PETER JOHNSON AND
SARAH J. HEALY, AND HERMAN S. MACK v.
SAME, AND H. J. LEONARD AND E. J.
PIERCE v. SAME.

[Three Cases.]

*Attachment.*

These cases are ruled by *Pierce v. Johnson, ante,* 125.

Error to Gogebic. (Haire, J.) Argued May 12, 1892.
Decided October 4, 1892.

Attachment. Defendant Healy brings error. Reversed,
and judgments entered in this Court quashing the proceed-
ings. The facts are stated in *Pierce v. Johnson, ante,* 125.

*Hammond & Kissane* (*Edward Cahill,* of counsel), for
appellant.

*M. M. Riley,* for plaintiffs.

PER CURIAM. · The facts in these cases are the same as
those in the case of *Pierce v. Johnson, ante,* 125.

The judgments must be reversed, and judgment entered
here quashing the proceedings.